Hjalmer C. HEIKKINEN, Kim Heikkinen,
Special Administrator of the Estate of
Amelia Heikkinen, State of Wisconsin
Department of Health and Family Services
and Tommy G. Thompson Secretary,
Department of Health and Human Services,
Plaintiffs-Respondents,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION and
Margaret E. Morse, Defendants-Third-Party
Plaintiffs-Respondents,

v.

The CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
and Archdiocese of Milwaukee,
Defendants-Third-Party
Defendants-Appellants-Petitioners.

Supreme Court

*No. 2005AP1638. Oral argument September 12, 2007.*
*—Decided October 12, 2007.*

2007 WI 124

(Also reported in 739 N.W.2d 489.)

For the defendants-third-party defendants-appellants-petitioners there were briefs by *Frank L. Steeves, O. Thomas Armstrong, Jr.* and *von Briesen & Roper, S.C.,* Milwaukee, and oral argument by *O. Thomas Armstrong, Jr.*

For the defendants-third-party plaintiffs-respondents there was a brief filed by *Terry E. Johnson, Frederick J. Smith, Michael D. Crooks,* and *Peterson, Johnson & Murray, S.C.,* Milwaukee, and oral argument by *Terry E. Johnson.*

For the plaintiffs-respondents there was a brief filed by *Don C. Prachthauser, Kevin J. Kukor,* and *Murphy & Prachthauser,* Milwaukee, and oral argument by *Don C. Prachthauser.*

An amicus brief was filed by *Michael B. Apfeld,* Milwaukee, on behalf of the Defense Research Institute.

An amicus brief was filed by *William C. Gleisner, III* and the *Law Offices of Wm. Gleisner,* Milwaukee, and *Lynn R. Laufenberg* and *Laufenberg & Hoefle, S.C.,* Milwaukee, on behalf of the Wisconsin Academy of Trial Lawyers.

¶ 1. PER CURIAM. The court is equally divided on the question of whether the published decision of the

court of appeals, *Heikkinen v. United Services Automobile Association,* 2006 WI App 207, 296 Wis. 2d 438, 724 N.W.2d 243, should be affirmed or reversed. CHIEF JUSTICE SHIRLEY S. ABRAHAMSON, JUSTICE ANN WALSH BRADLEY, and JUSTICE LOUIS B. BUTLER, JR., would affirm; JUSTICE DAVID T. PROSSER, JUSTICE PATIENCE DRAKE ROGGEN-SACK, and JUSTICE ANNETTE KINGSLAND ZIEGLER would reverse. JUSTICE N. PATRICK CROOKS did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.